UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICKIE DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICES, INC., KEMPER CORPORATION and SELECTQUOTE AUTO & HOME SERVICES, LLC,<br><br>Defendants. | Case No. 4:18-cv-03731<br><br>Honorable Judge David Hittner |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that VICKIE DAVIS ("Plaintiff"), hereby notifies the Court that the Plaintiff and the Defendant, SELECTQUOTE AUTO & HOME SERVICES, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 25th day of February 2019.

Respectfully submitted,

*s/ Nathan C. Volheim*
Nathan C. Volheim
Federal I.D. No. 3098183
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
nvolheim@sulaimanlaw.com
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Nathan C. Volheim*
Nathan C. Volheim
